**CURATORS OF the UNIVERSITY
OF MISSOURI, Appellant,**

v.

**Linda HEAD and Treasurer of the State
of Missouri-Custodian of the Second
Injury Fund, Respondents.**

**WD 80214 and WD 80215**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 26, 2017

Application for Transfer Denied
December 19, 2017

Richard Montgomery, Jr., Columbia, MO, Counsel for Appellant.

Truman Allen, Columbia, MO, Counsel for Respondent, Head.

Kirsten Dunham, Jefferson City, MO, Counsel for Respondent, Treasurer of State.

Before Division Three: Alok Ahuja, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

### ORDER

Per Curiam:

The Curators of the University of Missouri appeal a Labor and Industrial Relations Commission workers' compensation award to former employee, Ms. Linda Head, for a permanent and total disability stemming from a work-related injury that occurred in February 2003. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).